UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRISCAH WANJIKU THINDARA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QATAR AIRWAYS Q.C.S.C. CORPORATION, d/b/a QATAR AIRWAYS, a foreign corporation, and PORT OF SEATTLE, a municipal corporation,<br><br>Defendants. | No.  2:23-cv-01193-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>March 15, 2024 |

**<u>ORDER</u>**

This matter having come before the above-entitled Court on the parties' Stipulated Motion to Continue Trial Date, and the Court having reviewed and considered the parties' Stipulated Motion, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The parties' Stipulated Motion to Continue Trial Date is GRANTED.

2. Trial in this matter is continued to March 24, 2025.

///

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL DATE AND PRE-TRIAL DEADLINES
 - 1

3.  The Court Clerk shall issue a new case schedule in accordance with the new trial date.

DATED this 19th day of March, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL DATE AND PRE-TRIAL DEADLINES
- 2