Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PRISCAH WANJIKU THINDARA, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>QATAR AIRWAYS Q.C.S.C. CORPORATION, d/b/a QATAR AIRWAYS, a foreign corporation, and PORT OF SEATTLE, a municipal corporation,<br><br>Defendant(s). | NO.  2:23-cv-01193-RSM<br><br>STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>**NOTE ON MOTION CALENDAR:**<br>**JULY 16, 2024** |

Pursuant to LCR 83.2(b)(1), the parties hereby stipulate that Defendant Port of Seattle substitute Eric P. Gillett and Daniel Rankin, as counsel of record in the place of Michael A. Yoshida, subject to approval by the Court. Attorney Yoshida will remain counsel of record for Defendant Qatar Airways.

<u>New Counsel for the Port of Seattle:</u>
Eric P. Gillett, Esq.
Daniel Rankin, Esq.
Preg O'Donnell & Gillett, PLLC
401 Union Street, Suite 1900
Seattle, WA  98101
Phone: (206) 287-1775
Email: egillett@pregodonnell.com; drankin@pregodonnell.com

---

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1
10420-0043  6015517
NO. 2:23-cv-01193-RSM

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

SO STIPULATED:

DATED this 16th day of July, 2024.

         PETRENKO LAW FIRM

         By /s/ Boris Petrenko
          Boris Petrenko, WSBA #
         Attorney for Plaintiff Priscah Wanjiku Thindara

         MB LAW GROUP, LLP

         By /s/ Michael A. Yoshida
          Michael A. Yoshida, WSBA #47581
         Withdrawing Attorney for Defendant Port of Seattle

         PREG O'DONNELL & GILLETT PLLC

         By /s/ Eric P. Gillett
         By /s/ Daniel Rankin
          Eric P. Gillett, WSBA #23691
          Daniel Rankin, WSBA #49673
         Attorneys for Defendant Port of Seattle

**ORDER**

The substitution of counsel is hereby approved and so ORDERED.

DATED this 17th day of July, 2024.

         RICARDO S. MARTINEZ
         UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2
10420-0043  6015517
NO. 2:23-cv-01193-RSM

PREG O'DONNELL & GILLETT PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

### DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiff Priscah Wanjiku Thindara**:
Boris Petrenko, Esq.
Petrenko Law Firm

 **X**   **Via CM/ECF**
     *boris@petrenkolaw.com*

**Counsel for Defendant Qatar Airways and Port of Seattle**:
Michael Yoshida, Esq.
MB Law Group, LLP

 **X**   **Via CM/ECF**
     *myoshida@mblglaw.com*

DATED at Seattle, Washington, this 16th day of July, 2024.

/s/ Daniel Rankin
Daniel Rankin, WSBA #49673

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3
10420-0043  6015517
NO. 2:23-cv-01193-RSM

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113