Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRISCAH WANJIKU THINDARA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QATAR AIRWAYS Q.C.S.C. CORPORATION, d/b/a QATAR AIRWAYS, a foreign corporation, and PORT OF SEATTLE, a municipal corporation,<br><br>Defendants. | No. 2:23-cv-01193-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE<br><br>NOTE ON MOTION CALENDAR: September 24, 2024 |

**ORDER**

This matter having come before the above-entitled Court on the parties' Stipulated Motion for Extension of the Expert Disclosure Deadline, and the Court having reviewed and considered the parties' Stipulated Motion, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The parties' Stipulated Motion to Extend the Expert Disclosure Deadline is GRANTED.

2. The expert disclosure deadline is extended to October 25, 2024.

ORDER GRANTING STIPULATED MOTION TO EXTEND
EXPERT DISCLOSURE DEADLINE
(2:23-cv-01193-RSM) - 1

3. The Court Clerk shall issue a new case schedule in accordance with the new expert disclosure deadline.

DATED this 24th day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

s/ Michael A. Yoshida
Michael A. Yoshida, WSBA No. 45781
MB LAW GROUP, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Fax: 503-914-1725
Email: myoshida@mblglaw.com
*Attorney for Defendants Qatar Airways and Port of Seattle*

ORDER GRANTING STIPULATED MOTION TO EXTEND
EXPERT DISCLOSURE DEADLINE
(2:23-cv-01193-RSM) - 2

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015