IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRISCAH WANJIKU THINDARA, an individual<br><br>Plaintiff(s),<br><br>v.<br><br>QATAR AIRWAYS Q.C.S.C. CORPORATION, d/b/a QATAR AIRWAYS, a foreign corporation, and PORT OF SEATTLE, a municipal corporation,<br><br>Defendant(s). | NO.  2:23-cv-01193-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PORT OF SEATTLE |

### I.     STIPULATION

Plaintiff Priscah Wanjiku Thindara and Defendant Port of Seattle, by and through their undersigned counsel of record, do hereby stipulate and agree that all claims asserted herein, or which could have been asserted herein by Plaintiff against Defendant Port of Seattle have been fully, finally and forever resolved and settled satisfactorily, and that Defendant Port of Seattle shall be dismissed with prejudice and without fees and costs to any party.

DATED this 19th day of November, 2024.

PETRENKO LAW FIRM

By */s/Boris Petrenko*
   Boris Petrenko, WSBA #34931
Attorneys for Plaintiff Priscah Wanjiku Thindara

PREG O'DONNELL & GILLETT PLLC

By /s/ Daniel Rankin
   Eric P. Gillett, WSBA #23691
   Daniel Rankin, WSBA #49673
Attorneys for Defendant Port of Seattle

## II.   ORDER

Pursuant to the stipulation of the above parties and for good cause appearing herein, IT IS HEREBY ORDERED that all claims brought by Plaintiff against the Port of Seattle are hereby dismissed with prejudice and without fees and costs to any party and that Defendant Port of Seattle is hereby dismissed from this lawsuit. Defendant Port of Seattle's Motion for Summary Judgment, Dkt. #25, is STRICKEN as MOOT.

DATED this 20th day of November, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE